UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
ORLANDO DIVISION

BRANDON PAUL MCLEAN,

    Plaintiff,

v.                                              Case No. 6:25-cv-00968-WWB-DCI

CHIEF LAURA BEDARD, *et al.*,

    Defendants.
_____/

**ORDER**

THIS CAUSE comes before the Court on Plaintiff's Prisoner Consent Form and Financial Certificate (Doc. 2), which the Court construes as a motion to proceed *in forma pauperis*.

The filing fee provisions of the Prison Litigation Reform Act ("PLRA") state:

> (1) . . . [I]f a prisoner brings a civil action or files an appeal in forma pauperis, the prisoner shall be required to pay the full amount of a filing fee. The court shall assess and, when funds exist, collect, as a partial payment of any court fees required by law, an initial partial filing fee of 20 percent of the greater of--
>
>     (A) the average monthly deposits to the prisoner's account; or
>
>     (B) the average monthly balance in the prisoner's account for the 6-month period immediately preceding the filing of the complaint or notice of appeal.

>    (2)   After payment of the initial partial filing fee, the prisoner shall be required to make monthly payments of 20 percent of the preceding month's income credited to the prisoner's account. The agency having custody of the prisoner shall forward payments from the prisoner's account to the clerk of the court each time the amount in the account exceeds $10 until the filing fees are paid.

28 U.S.C. 1915(b).

Plaintiff will, therefore, be assessed the full $350.00 filing fee for civil actions. 28 U.S.C. 1915(b)(1). However, because Plaintiff has less than $5.00 in his jail trust fund account, the Court will not require Plaintiff to pay an initial partial filing fee.

Accordingly, it is **ORDERED** that:

1. Plaintiff's construed motion to proceed in *forma pauperis* (Doc. 2), is **GRANTED** to the extent that the case may proceed without the prepayment of the entire filing fee; however, Plaintiff is assessed the full $350.00 filing fee for civil actions. 28 U.S.C. § 1915(b)(1).

   a. Plaintiff is required to make monthly payments of twenty percent of the preceding month's income (that is, all funds deposited into his prisoner account). The agency having custody of Plaintiff shall forward payments from the Plaintiff's account on a monthly basis to the Clerk of Court each time the amount in the account exceeds $10.00. These payments shall continue until the filing fee of $350.00 is paid in full. A check from a penal institution, a cashier's check,

or a money order should be made payable to "Clerk, U.S. District Court." Personal checks will not be accepted.

b. The following information shall either be included on the face of the check from the penal institution, cashier's check, or money order or attached thereto:

   i. the prisoner's full name (**Brandon Paul McLean**);
   ii. the prisoner's inmate number (**#21-713**); and
   iii. Middle District of Florida Case No. **6:25-cv-00968-WWB-DCI**.

   Checks or money orders that do not have this information will be returned to the penal institution.

c. Plaintiff is warned that he is ultimately responsible for payment of the filing fee if the agency with custody over him lapses in its duty to make payments on his behalf. For this reason, if Plaintiff is transferred to another jail or correctional institution, he must ensure that the new institution is informed about this lawsuit and the required monthly payments as set out herein. If Plaintiff is released from custody, he must advise the Court and file a new motion to proceed *in forma pauperis*. Plaintiff is advised to retain a copy of this order for this purpose.

2. **Plaintiff's failure to comply with this order may result in the dismissal of this case without further notice**.

3. The Clerk of Court shall **MAIL** a copy of this Order to:

   John Eugene Polk Correctional Facility
   211 Eslinger Way
   Sanford, Florida, 32773
   Attention: Inmate Bank Account Department

**DONE** and **ORDERED** in Orlando, Florida on July 1, 2025.

DANIEL C. IRICK
UNITED STATES MAGISTRATE JUDGE

Copies furnished to:
Unrepresented Party
John Eugene Polk Correctional Facility